Dalton
Index# 07 CIV 8396
9/27/07

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint in a Civil Action was made by me[1]

DATE: October 19, 2007 at 10:12 AM

NAME OF SERVER (PRINT): Robert M. Serkes

TITLE: Process Server

*Check one box below to indicate appropriate method of service*

[xx] Served personally upon the defendant. Place where served: 3154 Albany Crescent, 2nd Fl., Bronx, NY 10463 Vigor Realty LLC

[xx] Left copies thereof at the defendant's place of business ~~dwelling house or usual place of abode~~ with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Pam X, Manager, Auth. to Accept
Desc: White Asian Female, Black Hair, 50 yrs., 5'3, 130 lbs.

[ ] Returned unexecuted: Mailing a copy on 10/22/07

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 22, 2007
Date

Signature of Server
Robert M. Serkes
Garden City S., NY 871450
Address of Server

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. ITR5031219
Qualified in Nassau County
Commission Expires August 1, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Dalton
Index #07 CIV 8396
9/27/07

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ in a Civil action | October 19, 2007 at 10:12 AM |
| NAME OF SERVER (PRINT) Robert M. Serkes | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

[XX] Served personally upon the defendant. Place where served: 3154 Albany Crescent, 2nd Fl., Bronx, NY 10463
Danny Hakakian, an individual

[XX] Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ place of business with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Pam X, - Co-worker
Desc: White Female, Black Hair, 50 yrs., 5'3, 130    auth to accept
        ~~Asian~~
Mailing a copy on 10/22/07

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 22, 2007
Date

Signature of Server
Robert M. Serkes
Garden City S., NY 871450
Address of Server

LYNN M. TRANQUELLINO
Notary Public, State of New York
No ITR5031219
Qualified in Nassau County
Commission Expires August 1, 2010

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

MARCO RAMIREZ on his own behalf &
on behalf of others similarly situated,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

VIGOR REALTY LLC,
and DANNY HAKAKIAN, an individual,

07 CIV 8396

TO: (Name and address of defendant)

VIGOR REALTY LLC, and
DANNY HAKAKIAN an individual
3154 Albany Crescent, 2nd Floor
Bronx New York, 10463

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Helen F. Dalton and Assoc. P.C.
69-12 Austin Street
Forest Hills, NY 11375
(718) 263-9591

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

9/27/07

CLERK                                    DATE

(BY) DEPUTY CLERK