```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

MARCO RAMIREZ,                              :

           Plaintiff,          :

    - against -                           :

VIGOR REALTY LLC and                        :
DANNY HAKAKIAN,
                                     :

           Defendants.        :
- - - - - - - - - - - - - - - - - -x

**ORDER**

07 Civ. 8396 (DC)

**CHIN, D.J.**

        Plaintiff commenced this action on September 27, 2007. On October 26, 2007, plaintiff filed an affidavit of service. Defendants have not answered or otherwise appeared.

        In mid-January 2008, my law clerk spoke with a representative from plaintiff's counsel's office who informed her that plaintiff's counsel sent defendants a letter on January 12, 2008, and that plaintiff's counsel was giving defendants the opportunity to respond before filing a motion for default judgment. No default judgment motion was ever filed, and there has been no activity in this case since October 26, 2007.

        Plaintiff has until April 21, 2008 to file his motion for default judgment. If plaintiff fails to file his motion, this case will be dismissed for failure to prosecute.

        SO ORDERED.

Dated:    New York, New York
            March 21, 2008

                                                _____
                                                DENNY CHIN
                                                United States District Judge