# Helen F. Dalton & Associates, P.C.
ATTORNEYS AT LAW

69-12 Austin Street, Forest Hills, NY 11375 • Tel : 718-263-9591 • Fax: 718-263-9598

Honorable Denny Chin
U.S. District Court, Southern District of NY
500 Pearl Street, Room 1020
New York, NY 10007

April 18, 2008

Re: Marco Ramirez vs. Vigor Realty LLC,
Index # 2007 CV 8396

Dear Judge Chin,

Our firm represents the Plaintiff in this action and I am writing to inform your Honor that Summons and Complaint has been filed on September 27, 2007. Defendants were served on October 19, 2007. A number of letters have been written to the Defendants, but until today, we have not received an answer or any phone calls, from them, for that matter.

The Motion to Default Judgment is ready and I am asking for an extension of time to file it. Our office is closed on Monday, so we would not be able to file it Monday. Please, give us until the end of the week, 4/25/08 and I will be bringing it to the courthouse myself.

Sincerely,

Roman Avshalumov (RA 5508)
Helen F. Dalton & Associates, P.C.
69-12 Austin Street
Forest Hills, NY 11375
Tel: (718) 263-9591 Fax: (718) 263-9598