*CHIN, J*

**Helen F. Dalton & Associates, PC**
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718-263-9591

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/24/08

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

MARCO RAMIREZ, on his own behalf
and on behalf of others similarly situated,,

                Plaintiffs,

-against-

VIGOR REALTY LLC
and DANNY HAKAKIAN, an individual,

                Defendants.
_____/

Index #: **07-civ-8396 (DC)**

**DEFAULT JUDGMENT**

*#*

    This action having been commenced on 9/27/07 by This action was commenced on 9/27/07 by the filing of the Summons and Complaint. A copy of the summons and complaint was served by personal delivery on:

    i. Defendant Vigor Realty LLC, by personally delivering it to 3554 Albany Cresent, 2nd Fl., Bronx, New York, 10463 and handing it to Pam X, Manager, Authorized to accept on 10/19/07 at 10:12 am.

    ii. Defendant Danny Hakakian, an individual, by leaving Summons and Complaint with Pam X, Manager, Authorized to accept on 10/19/07 at 10:12 am., *with a copy also mailed on 10/24/07, per the return of service,*

Proof of Service by the Special Process Server was filed. The defendants have not answered the complaint and the time for the defendants to answer the complaint has expired. *Plaintiff's counsel also having sent a letter to defendant Hakakian dated 1/17/08, to which there has been no response,*

Ordered, Adjudged and Decreed: That the Plaintiffs have judgments against Defendants Vigor Realty LLC, in the liquidated amount of $19,692.

Dated: New York, New York
4/23/08



U.S.D.J.

This document was entered on the docket on _____